# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 826 |
| | : | |
| REAPPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA BOARD OF LAW | : | |
| EXAMINERS | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 15th day of January, 2020, Kezia O. L. Taylor, Esquire, Allegheny County, is hereby reappointed as a member of the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2020.